**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In The Matter Of Ryan Brewer. | NO. C 10-80201 MISC JW |
| | **ORDER DENYING MISCELLANEOUS NOTICE** |

Presently before the Court is Ryan Brewer's "Notice of Revocation of Power of Attorney." (Docket Item No. 1.) In this miscellaneous filing, Mr. Brewer has submitted to the Court a Revocation of Power of Attorney, revoking the Director/Secretary of the Department of Corrections as his attorney, with no accompanying request or explanation.

This is the second time that Mr. Brewer has filed random documents with the Court with no explanation as to what sort of relief Mr. Brewer is seeking. (See Case No. C 10-80200 MISC JW.) In addition, the federal court is not the proper forum for any "notice of revocation of power of attorney."

Accordingly, the Court DENIES Mr. Brewer's Notice.

Dated: August 20, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ryan Brewer
784 North Shopping Cntr, Ste 353
Salinas, CA 93901

**Dated:   August 20, 2010**              **Richard W. Wieking, Clerk**

                                          **By:  /s/ JW Chambers                  **
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**